UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 09-7713-DMG(Ex)** | Date | FEBRUARY 16, 2010 |
|---|---|---|---|

| Title | *Star Fabrics, Inc., v The TJX Companies, Inc., et al,* |
|---|---|

| Present: The Honorable | DOLLY M. GEE, U. S. DISTRICT COURT JUDGE |
|---|---|

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES

The court's records reflect that counsel for defendant, **Mr. Zeynel Memed Karcioglu** has not submitted the required Application for Admission and fee or proof of admission.

IT IS ORDERED that the matter is placed on this Court's calendar for *March 22, 2010 at 9:30 a.m.*, for an order to show cause why counsel should not be stricken as counsel of record.

If counsel files the application/response on or before the hearing date indicated above, the court will consider this a satisfactory response to the Order To Show Cause and will take the matter off calendar.

cc: all parties of record