AMIR OHEBSION (SBN: 193422)
Amir@Ohebsion.com
**AMIR OHEBSION, A PROFESSIONAL CORPORATION ("APC")**
11601 Wilshire Boulevard
Suite 2000
Los Angeles, CA 90025
Telephone: (310) 445-5533
Facsimile: (310) 496-3193

DAVID A. ROBINSON (SBN: 161103)
Davidalain2@mac.com
**AMIR OHEBSION, APC**
11601 Wilshire Boulevard
Suite 2000
Los Angeles, CA 90025
Telephone: (310) 295-9917
Facsimile: (310) 496-2617

Attorneys for Plaintiff
STAR FABRICS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation, | Case No. CV09-7713 DMG (Ex) |
| | *Honorable Dolly M. Gee Presiding* |
| Plaintiff, | **STIPULATION BY ALL PARTIES OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| THE TJX COMPANIES, INC., a Delaware Corporation; WINGS MANUFACTURING CORP, a New York Corporation and DOES 1-10, inclusive, | [F.R.C.P. 41(a)(1)(A)] |
| | Trial Date: March 1, 2011 |
| | Time: 8:30 a.m. |
| | Courtroom: 7 |
| Defendants. | |

1

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the entire lawsuit be dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs and fees.

SO STIPULATED.

Dated: February 11, 2011                    AMIR OHEBSION, APC

By: _____
        David A. Robinson, Esq.
        Attorneys for Plaintiff
        Star Fabrics, Inc.

Dated: February 10, 2011              JACOBS & BURLEIGH, LLP

By: _____
        Zeynel Karcioglu, Esq.
        Attorneys for Defendants
        THE TJX COMPANIES, INC; WINGS
        MANUFACTURING CORP

2